IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

UNITED STATES OF AMERICA )
    Plaintiff, )
     )
V. ) CASE NO. 3:14-00104-017
     )
HOWARD G. BRONS, ET AL. )
    Defendants. )

## MOTION TO SUBSTITUTE COUNSEL

Comes the Defendant, Howard G. Brons, and moves this court to substitute Jeffery S. Frensley, of the law firm Ray & Frensley, 211 Third Avenue North, Nashville, Tennessee 37201 as counsel of record in this matter in place of Ron Small, who is currently appointed counsel in this matter for Defendant Howard Brons. The Defendant asserts that Mr. Small has a conflict with this representation, and he can no longer continue the representation of Mr. Brons in this matter and the substitution is appropriate.

Wherefore, the Defendant respectfully moves the Court to grant his motion and substitute Mr. Frensley as his appointed counsel of record in this matter.

**Respectfully Submitted,**

s/ Jeffery S. Frensley
**JEFFERY S. FRENSLEY, ESQ. - #17358**
211 Third Avenue North
Nashville, TN 37201
(615) 256-2111